Raymond P. Niro
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
(312) 236-0733

Gregory D. Phillips (4645)
Kevin A. Howard (4343)
HOWARD, PHILLIPS & ANDERSEN
560 East 200 South, Suite 300
Salt Lake City, Utah 84102
(801) 366-7471

Attorneys for Plaintiffs



FILED
U.S. DISTRICT COURT
ORIGINAL
2005 SEP 27  P 4: 20
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| PHILLIP M. ADAMS & ASSOCIATES, L.L.C., a Utah Limited Liability Company, and PHILLIP M. ADAMS,<br><br>Plaintiffs,<br><br>vs.<br><br>DELL INC., FUJITSU LIMITED, FUJITSU COMPUTER SYSTEMS CORP., FUJITSU SIEMENS COMPUTERS GmbH, INTERNATIONAL BUSINESS MACHINES CORP., LENOVO (UNITED STATES), INC., MPC COMPUTERS, LLC, SIEMENS AG, SONY CORPORATION and SONY ELECTRONICS, INC.,<br><br>Defendants. | **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SONY CORPORATION PURSUANT TO FED.R.CIV.P. 41(A)(1)**<br><br>Civil No. 1:05-CV-64<br><br>The Honorable Ted Stewart<br>Magistrate Judge David Nuffer |

Plaintiff, Phillip M. Adams & Associates, L.L.C. hereby voluntarily dismisses all claims against Sony Corporation, without prejudice, in accordance with Federal Rule of

Civil Procedure 41(a)(1). Sony Corporation has not filed or served an answer or a motion for summary judgment. Please note and be advised that Plaintiff is not dismissing any claims against Sony Electronics, Inc. which remains a defendant in the lawsuit.

DATED September 27, 2005.

HOWARD, PHILLIPS & ANDERSEN

By: Gregory D. Phillips
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SIEMENS AG TO FED.R.CIV.P. 41(A)(1)** was served on the following via regular mail on this _27_ day of _September_, 2005.

| | |
|---|---|
| Reginald J. Hill<br>Matthew W. Neumeir<br>Stephen M. Geissler<br>Jenner & Block<br>One IBM Plaza<br>330 North Wabash Avenue<br>Chicago, Illinois  60611<br>(312) 222-9350 | Terry E. Welch<br>Darren K. Nelson<br>Parr Waddoups Brown Gee & Loveless<br>185 South State Street, Suite 1300<br>Salt Lake City, Utah  84111-1537<br>(801) 532-7840 |

**Attorneys for Dell, Inc.**

| | |
|---|---|
| Michael A. Jacobs<br>Shane Brun<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, California  94105-2482<br>(415) 268-7000<br>Fax:  (415) 268-7522 | Sterling A. Brennan<br>David R. Wright<br>Janna L. Jensen<br>Workman Nydegger a<br>   Professional Corporation<br>1000 Eagle Gate Tower<br>60 East South Temple<br>Salt Lake City, Utah  84111<br>(801) 533-9800<br>Fax:  (801) 328-1707 |

**Attorney for Fujitsu Limited and Fujitsu Computer Systems Corp.**

| | |
|---|---|
| Todd M. Shaughnessy<br>Snell & Wilmer<br>Gateway Tower West<br>15 West South Temple, Suite 1200<br>Salt Lake City, Utah  84101 | John A. Marlott<br>Mindy A. Finnigan<br>David L. Witcoff<br>Timothy J. Heverin<br>Jones Day<br>77 W. Wacker Drive, Suite 3500<br>Chicago, Illinois  60601-1692 |

**Attorneys for International Business Machines (IBM)**

Catherine Agnoli  
Parsons Behle & Latimer  
One Utah Center  
201 South Main Street, Suite 1800  
P.O. Box 45898  
Salt Lake City, Utah  84145-0898  
(801) 532-1234  
Fax:  (801) 536-6111  

Steven J. Rizzi  
Weil, Gotshal & Manges LLP  
767 Fifth Avenue  
New York, New York  10153  
(212) 310-8000  
Fax:  (212) 310-8007  

Matthew D. Powers  
Jared Bobrow  
Weil, Gotshal & Manges LLP  
201 Redwood Shores Parkway  
Redwood Shores, California  94065  
(650) 802-3000  
Fax:  (650) 802-3100  

**Attorneys for Lenovo Group Ltd.**

Michael S. Dowler  
Brian L. Jackson  
Howrey LLP  
750 Bering Drive  
Houston, Texas  77057-2198  
(713) 787-1400  
Fax:  (713) 787-1440  

Jeremy O. Evans  
Jackson, Walter & Evans  
10421 Jordan Gateway, Suite 630  
South Jordan, Utah  84095  
(801) 576-2660  
Fax:  (801) 576-2661  

**Attorneys for MPC Computers, LLC**

Rick B. Hoggard  
Arthur B. Berger  
Ray Quinney & Nebeker P.C.  
36 South State Street, Suite 1400  
P.O. Box 45385  
Salt Luke City, Utah 84145-0385  

Kevin B. Johnson  
Todd M. Briggs  
Christoper A. Honea  
Quinn Emanuel Urquhart Oliver  
 & Hedges  
555 Twin Dolphin Drive, Suite 560  
Redwood Shores, CA  94065  

**Attorneys for Sony Electronics**

*[signature]* van de Beek