Rick B. Hoggard (5088)
Arthur B. Berger (6490)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543

Kevin P.B. Johnson (admitted *pro hac vice*)
Todd M. Briggs (admitted *pro hac vice*)
Christopher A. Honea (admitted *pro hac vice*)
Michael W. Gray (admitted *pro hac vice*)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendant and Third-Party
Plaintiff Sony Electronics Inc.

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| PHILLIP M. ADAMS & ASSOCIATES, L.L.C., a Utah Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>DELL, INC., FUJITSU LIMITED, FUJITSU COMPUTER SYSTEMS CORP., MPC COMPUTERS, LLC, AND SONY ELECTRONICS INC.,<br><br>Defendants. | **NOTICE OF DISMISSAL WITHOUT PREJUDICE OF THIRD-PARTY DEFENDANT INTEGRATED TECHNOLOGY EXPRESS (USA), INC. PURSUANT TO FRCP 41**<br><br>Civil No. 1:05-CV-64<br><br>The Honorable Ted Stewart<br>Magistrate Judge David Nuffer |
| SONY ELECTRONICS INC., a Delaware corporation,<br><br>Third-Party Plaintiff,<br><br>vs. | |

50956/2075985.1

| | |
|---|---|
| ASUSTEK COMPUTER, INC., ASUS COMPUTER INTERNATIONAL, WINBOND ELECTRONICS CORPORATION, ITE TECH. INC. AND INTEGRATED TECHNOLOGY EXPRESS (USA), INC.,<br><br>          Third-Party Defendants. | |

Third-Party Plaintiff Sony Electronics Inc. ("Sony") hereby voluntarily dismisses its claims against Integrated Technology Express (USA), Inc. ("ITE USA"), without prejudice, pursuant to Federal Rule of Civil Procedure 41.  ITE USA has not responded to Sony's third-party complaint or its amended third-party complaint.  This dismissal does not affect Sony's claims against ITE Tech. Inc.


Dated:  March 12, 2007                    QUINN EMANUEL URQUHART
                                          OLIVER & HEDGES, LLP

                                           /s/  Kevin P.B. Johnson
                                          Kevin P.B. Johnson
                                          Attorneys for Defendant and Third-Party Plaintiff
                                          Sony Electronics Inc.

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 12th day of March, 2007, I electronically filed **NOTICE OF DISMISSAL WITHOUT PREJUDICE OF THIRD-PARTY DEFENDANT INTEGRATED TECHNOLOGY EXPRESS (USA), INC. PURSUANT TO FRCP 41** with the Court and electronically served the same on the following through the Court's ECF system:

**Attorneys for Phillip M. Adams & Associates, L.L.C.**

| | |
|---|---|
| Vasilios D. Dossas | Gregory D. Phillips |
| Niro, Scavone, Haller & Niro | Howard, Phillips & Andersen |
| 181 West Madison Street, Suite 4600 | 560 East 200 South, Suite 300 |
| Chicago, Illinois 60602 | Salt Lake City, Utah 84102 |
| (312) 236-0733 | (801) 366-7471 |

**Attorneys for Dell, Inc.**

| | |
|---|---|
| Reginald J. Hill | Terry E. Welch |
| Jenner & Block LLP | Parr Waddoups Brown Gee & Loveless |
| 330 North Wabash Avenue | 185 S. State Street, Suite 1300 |
| Chicago, IL 60611 | Salt Lake City, Utah |
| (312) 222-9350 | (801) 532-7840 |

**Attorneys for Fujitsu Limited and Fujitsu Computer Systems Corp.**

| | |
|---|---|
| Parisa Jorjani | Sterling A. Brennan |
| Morrison & Foerster LLP | Workman Nydegger |
| 425 Market Street | 1000 Eagle Gate Tower, 60 East South Temple |
| San Francisco, California 94105-2482 | Salt Lake City, Utah 84111 |
| (415) 268-7000 | (801) 533-9800 |

**Attorneys for MPC Computers, LLC**

| | |
|---|---|
| John J. Edmonds | Jeremy O. Evans |
| Howrey LLP | Jackson Walter Evans & Huntsman |
| 1111 Louisiana, 25th Floor | 10421 Jordan Gateway, Suite 550 |
| Houston, TX 77002-5242 | South Jordan, Utah 84095 |
| (713) 787-1400 | (801) 576-2660 |

**Attorneys for Winbond Electronics Corporation**

| | |
|---|---|
| Gary C. Ma | Neil A. Kaplan |
| Akin Gump Strauss Hauer & Feld LLP | Clyde Snow Sessions & Swenson |
| 2 Palo Alto Square | 201 South Main Street, #1300 |
| 3000 El Camino Real, Suite # 400 | Salt Lake City, Utah 84111-2216 |
| Palo Alto, CA  94306 | (801) 322-2516 |
| (650) 838-2010 | |

I declare under penalty of perjury that the foregoing is true and correct.  Executed on March 12, 2007.

                                                /s/  Todd M. Briggs