Raymond P. Niro
Vasilios D. Dossas
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
(312) 236-0733

Gregory D. Phillips (4645)
Kevin A. Howard (4343)
HOWARD, PHILLIPS & ANDERSEN
560 East 200 South, Suite 300
Salt Lake City, Utah 84102
(801) 366-7471

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| PHILLIP M. ADAMS & ASSOCIATES, L.L.C., a Utah Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>DELL INC., FUJITSU LIMITED, FUJITSU COMPUTER SYSTEMS CORP., MPC COMPUTERS, LLC, and SONY ELECTRONICS INC.,<br><br>Defendants. | **ADAMS' MOTION FOR SANCTIONS AGAINST SONY INCLUDING TERMINATING SANCTIONS BASED UPON SONY'S SPOLIATION OF EVIDENCE OF SONY'S PIRACY**<br><br>Civil No. 1:05-CV-64<br><br>The Honorable Ted Stewart<br>Magistrate Judge David Nuffer |

Phillip M. Adams & Associates ("Adams") brings this motion against defendant Sony Electronics, Inc. ("Sony") for terminating sanctions based upon Sony's spoliation of evidence that would have demonstrated Sony's piracy of Adams' patented technology.

Sony has clearly been put on notice that this Court will not tolerate such spoliation. Sony sought to intervene in the Gateway litigation [Adams v. Gateway, Dkt No. 568], and Sony, in fact, obtained copies of all of the Court's Orders (sealed and unsealed) regarding Gateway's spoliation of evidence and other misconduct including this Court's "warning" [Dkt Nos. 581 and 582]. Thus, Sony was "warned" by this Court that the spoliation of evidence could result in terminating sanctions. E.g., Dkt No. 484, Memorandum Decision and Order at 17-18 (including the "warn[ing] that if there is further evidence that is missing or tardily disclosed, or if it engages in further conduct that impedes the disclosure or discovery of relevant evidence further severe sanctions, including entry of judgment, shall be imposed.")

Despite this clarion warning, Sony has engaged in conduct that is just as egregious as Gateway's misconduct. Sony has lost or destroyed the most critical evidence in this case. This destroyed and lost evidence would have demonstrated Sony's piracy of Adams' patented technology. Because of Sony's spoliation of evidence, Adams respectfully requests that this Court enter judgment against Sony on liability issues, and that this Court hear Adams' claims for the amount of damages.

Therefore, for the reasons outlined in the supporting memorandum, Adams respectfully requests that the Court grant this motion.

**STATEMENT OF EFFORTS MADE TO REACH AGREEMENT**

Pursuant to DUCiv.R 37-1, counsel for Adams has made reasonable efforts to reach an agreement with opposing attorneys to produce the spoliated documents and evidence. Those efforts are outlined in detail in the factual statement of the Memorandum filed concurrently herewith which include a meeting on May 1, 2007,

where Dr. Adams, his counsel, and Sony's in-house and litigation counsel met in New York City.

DATED: May 29, 2007.

                            HOWARD, PHILLIPS & ANDERSEN

                            <u>s/Gregory D. Phillips</u>
                            By: Gregory D. Phillips
                            Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and accurate copy of the foregoing **ADAMS' MOTION FOR SANCTIONS AGAINST SONY** was served on the following via email on May 29, 2007.

| | |
|---|---|
| Benjamin J. Bradford<br>Matthew W. Neumeir<br>Reginald J. Hill<br>Jenner & Block<br>One IBM Plaza<br>330 North Wabash Avenue<br>Chicago, Illinois  60611 | Terry E. Welch<br>Darren K. Nelson<br>Parr Waddoups Brown Gee & Loveless<br>185 South State Street, Suite 1300<br>Salt Lake City, Utah  84111-1537 |

**Attorneys for Dell, Inc.**

| | |
|---|---|
| Michael A. Jacobs<br>Parisa Jorjani<br>Shane Brun<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, California  94105-2482 | Sterling A. Brennan<br>David R. Wright<br>Janna Lewis<br>Workman Nydegger a<br>  Professional Corporation<br>1000 Eagle Gate Tower - 60 E. South Temple<br>Salt Lake City, Utah  84111 |

**Attorney for Fujitsu Computer Systems Corp. and Fujitsu Limited**

| | |
|---|---|
| Michael S. Dowler<br>Brian L. Jackson<br>Howrey LLP<br>1111 Louisiana – 25th Floor<br>Houston, Texas 77002 | Jeremy O. Evans<br>Huntsman Evans<br>  Christansen & Lofgran, PLLC<br>3995 South 700 East, Suite 400<br>Salt Lake City, Utah 84107 |

**Attorneys for MPC Computers, LLC**

| | |
|---|---|
| Kevin B. Johnson<br>Michael William Gray<br>Todd M. Briggs<br>Quinn Emanuel Urquhart Oliver<br>  & Hedges<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, CA  94065 | Rick B. Hoggard<br>Arthur B. Berger<br>Ray Quinney & Nebeker P.C.<br>36 South State Street, Suite 1400<br>P.O. Box 45385<br>Salt Lake City, Utah 84145-0385 |

**Attorneys for Sony Electronics Inc.**
Erik A. Olson
J. Mark Gibb
R. Stephen Marshall
Durham Jones & Pinegar
111 E Broadway, Suite 900
Salt Lake City, Utah 84111
(801)415-3000

**Attorneys for Third-Party Defendant Asutek Computer and Asus Computer International**

4

Gary C. Ma
Richard Chae
Sean P. DeBruine
Yitai Hu
AKIN GUMP STRAUSS HAUER & FELD
TWO PALO ALTO SQ
3000 EL CAMINO REAL STE 400
PALO ALTO, CA 94306
(650)838-2026

Christopher B. Snow
Jennifer A. James
Neil A. Kaplan
CLYDE SNOW SESSIONS & SWENSON
ONE UTAH CENTER 13TH FL
201 S MAIN ST
SALT LAKE CITY, UT 84111-2216

**Attorney for Third-Party Defendant Winbond Electronics Corporation**

<u>**s/Julianne Partridge**</u>
Howard, Phillips, & Andersen