Rick B. Hoggard (5088)
Arthur B. Berger (6490)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543

Kevin P.B. Johnson (admitted *pro hac vice*)
Todd M. Briggs (admitted *pro hac vice*)
Michael W. Gray (admitted *pro hac vice*)
QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

FILED
U.S. DISTRICT COURT
2007 MAY 30 P 3:01
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

Attorneys for Defendant and Third-Party
Plaintiff Sony Electronics Inc.

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| PHILLIP M. ADAMS & ASSOCIATES, L.L.C., a Utah Limited Liability Company,<br><br>    Plaintiff,<br><br>vs.<br><br>DELL, INC., FUJITSU LIMITED, FUJITSU COMPUTER SYSTEMS CORP., MPC COMPUTERS, LLC, AND SONY ELECTRONICS INC.,<br><br>    Defendants. | **CLERK'S ENTRY OF DEFAULT AGAINST THIRD-PARTY DEFENDANT ITE TECH. INC.**<br><br>Civil No. 1:05-CV-64<br><br>The Honorable Ted Stewart<br>Magistrate Judge David Nuffer |
| SONY ELECTRONICS INC., a Delaware corporation,<br><br>    Third-Party Plaintiff,<br><br>vs.<br><br>ASUSTEK COMPUTER, INC., ASUS COMPUTER INTERNATIONAL, WINBOND ELECTRONICS CORPORATION, AND ITE TECH. INC.,<br><br>    Third-Party Defendants. | |

50956/2121248.2

Third-Party Plaintiff Sony Electronics Inc.'s Motion for Clerk's Entry of Default Against Third-Party Defendant ITE Tech. Inc., the Declaration of Michael W. Gray in Support of Sony Electronics Inc.'s Motion for Clerk's Entry of Default Against Third-Party Defendant ITE Tech. Inc., and the record in this action demonstrate that ITE Tech. Inc. has failed to file an answer or otherwise respond to Sony's Amended Third-Party Complaint (D.E. 226) despite being required by law to do so by April 26, 2007. Therefore, the Clerk of the Court **HEREBY ENTERS DEFAULT** against Third-Party Defendant ITE Tech. Inc. pursuant to Federal Rule of Civil Procedure 55(a).

Date: 5/30/07

D. MARK JONES

By: *[signature]*
Deputy Clerk