Raymond P. Niro
Vasilios D. Dossas
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
(312) 236-0733

Gregory D. Phillips (4645)
Kevin A. Howard (4343)
HOWARD, PHILLIPS & ANDERSEN
560 East 200 South, Suite 300
Salt Lake City, Utah 84102
(801) 366-7471

Attorneys for Plaintiff

FILED
U.S. DISTRICT COURT

2007 JUN 14 P 4: 51

DISTRICT OF UTAH

BY:_____
    DEPUTY CLERK

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| PHILLIP M. ADAMS & ASSOCIATES, L.L.C., a Utah Limited Liability Company, <br><br> Plaintiff, <br><br> vs. <br><br> DELL INC., FUJITSU LIMITED, FUJITSU COMPUTER SYSTEMS CORP., MPC COMPUTERS, LLC, and SONY ELECTRONICS INC., <br><br> Defendants. | **CLERK'S ENTRY OF DEFAULT AGAINST THIRD-PARTY DEFENDANT ITE TECH INC. WITH RESPECT TO ADAMS CROSS-COMPLAINT** <br><br> Civil No. 1:05-CV-64 <br><br> The Honorable Ted Stewart <br> Magistrate Judge David Nuffer |

Plaintiff Adams' Motion for Clerk's Entry of Default Against Third-Party Defendant

ITE Tech Inc., Declaration of Gregory D. Phillips in support of Adams' Motion for Clerk's

Entry of Default Against Third-Party Defendant ITE Tech Inc. With Respect to Adams

Cross-Complaint, and the record in this action demonstrate that ITE Tech Inc. has failed

to file an answer or otherwise respond to Adams' Answer to Rule 14(a) Claims by Third-

Party Defendant Winbond, Adams' Counterclaim Against Winbond (filed May 3, 2007), and Adams' Cross Complaint Against Third-Party Defendants ASUS and ITE despite being required by law to do so.   Therefore, the Clerk of the Court HEREBY ENTERS DEFAULT against Third-Party Defendant ITE Tech Inc. pursuant to Federal Rule of Civil Procedure 55(a).

Date: _6/14/07_

D. MARK JONES

By: _____
Deputy Clerk