Rick B. Hoggard (5088)
Arthur B. Berger (6490)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone:  (801) 532-1500
Facsimile:  (801) 532-7543

Kevin P.B. Johnson (admitted *pro hac vice*)
Todd M. Briggs (admitted *pro hac vice*)
Michael W. Gray (admitted *pro hac vice*)
QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California  94065
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

Attorneys for Defendant and Third-Party
Plaintiff Sony Electronics Inc.

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| PHILLIP M. ADAMS & ASSOCIATES, L.L.C., a Utah Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>DELL, INC., FUJITSU LIMITED, FUJITSU COMPUTER SYSTEMS CORP., MPC COMPUTERS, LLC, AND SONY ELECTRONICS INC.,<br><br>Defendants. | **DEFENDANT SONY ELECTRONICS INC.'S CROSS-MOTION TO STRIKE ADAMS' MOTION FOR TERMINATING SANCTIONS**<br><br>Civil No.  1:05-CV-64<br><br>The Honorable Ted Stewart<br>Magistrate Judge David Nuffer |
| SONY ELECTRONICS INC., a Delaware corporation,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>ASUSTEK COMPUTER, INC., ASUS COMPUTER INTERNATIONAL, WINBOND ELECTRONICS CORPORATION, AND ITE TECH. INC.,<br><br>Third-Party Defendants. | |

Defendant Sony Electronics Inc. ("Sony") moves to strike Adams' Motion For Sanctions Against Sony Including Terminating Sanctions Based Upon Sony's Spoliation of Evidence of Sony's Piracy ("Adams' Motion") and its supporting documents.

Sony so moves on the grounds that Adams' motion contains misrepresentations, false statements, and highly offensive allegations that have no basis in fact.  Adams falsely states that Sony lost or destroyed documents relating to the *Christian* litigation; Adams falsely states that Sony lied to Adams and lied to the Court; Adams mischaracterizes prior interactions between Sony and Dr. Adams; Adams misstates a prior order of this Court; Adams falsely asserts that it engaged in a proper meet and confer before filing this motion Adams; and Adams falsely states that Sony denied the existence of any documents memorizing "the prior discussions, correspondence between the parties, and the prior transfer of the jigs" or documents resulting from these events.

For these reasons and the reasons set forth in the accompanying memorandum, and pursuant to the Court's inherent powers and DUCivR 1-2, Sony respectfully requests that the Court strike from its docket Adams' motion for terminating sanctions and all supporting documents and grant Sony any other relief deemed appropriate.

Dated:  June 18, 2007                        QUINN EMANUEL URQUHART
                                             OLIVER & HEDGES, LLP

                                             /s/  Kevin P.B. Johnson
                                             Kevin P.B. Johnson
                                             Attorneys for Defendant and Third-Party Plaintiff
                                             Sony Electronics Inc.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 18th day of June, 2007, I electronically filed **DEFENDANT SONY ELECTRONICS INC.'S CROSS-MOTION TO STRIKE ADAMS' MOTION FOR TERMINATING SANCTIONS** with the Court and electronically served the same on the following through the Court's ECF system:

**Attorneys for Phillip M. Adams & Associates, L.L.C.**

Vasilios D. Dossas
Niro, Scavone, Haller & Niro
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
(312) 236-0733

Gregory D. Phillips
Howard, Phillips & Andersen
560 East 200 South, Suite 300
Salt Lake City, Utah  84102
(801) 366-7471

**Attorneys for Dell, Inc.**

Reginald J. Hill
Jenner & Block LLP
330 North Wabash Avenue
Chicago, IL 60611
(312) 222-9350

Terry E. Welch
Parr Waddoups Brown Gee & Loveless
185 S. State Street,  Suite 1300
Salt Lake City, Utah
(801) 532-7840

**Attorneys for Fujitsu Limited and Fujitsu Computer Systems Corp.**

Parisa Jorjani
Morrison & Foerster LLP
425 Market Street
San Francisco, California  94105-2482
(415) 268-7000

Sterling A. Brennan
Workman Nydegger
1000 Eagle Gate Tower, 60 East South Temple
Salt Lake City, Utah  84111
(801) 533-9800

**Attorneys for MPC Computers, LLC**

Brian Jackson
Howrey LLP
1111 Louisiana, 25th Floor
Houston, TX  77002-5242
(713) 787-1400

Jeremy O. Evans
Jackson Walter Evans & Huntsman
10421 Jordan Gateway, Suite 550
South Jordan, Utah  84095
(801) 576-2660

**Attorneys for Winbond Electronics Corporation**

Gary C. Ma
Akin Gump Strauss Hauer & Feld LLP
2 Palo Alto Square
3000 El Camino Real, Suite # 400
Palo Alto, CA  94306
(650) 838-2010

Neil A. Kaplan
Clyde Snow Sessions & Swenson
201 South Main Street, #1300
Salt Lake City, Utah 84111-2216
(801) 322-2516

- 4 -

**Attorneys for ASUSTeK Computer, Inc. and ASUS Computer International**
R. Stephen Marshall
J. Mark Gibb
Durham Jones & Pinegar
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT 84110
(801) 415-3000


I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 18, 2007.


       /s/  Todd M. Briggs