IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| PHILLIP M. ADAMS & ASSOCIATES, L.L.C.,<br><br>    Plaintiff,<br><br>vs.<br><br>SONY ELECTRONICS, INC., et al.,<br><br>    Defendants. | MEMORANDUM DECISION AND ORDER GRANTING DEFENDANTS' SECOND MOTION TO CONTINUE TRIAL AND MODIFYING SCHEDULING ORDER<br><br><br><br>Case No. 1:05-CV-64 TS |

Defendants Sony Electronics, Winbond, ASUSTek, and MSI move to continue the four-week jury trial currently set to begin April 6, 2010. Plaintiff opposes continuing the trial. In the alternative, Plaintiff requests that it be rescheduled as soon as possible. Being fully advised, the Court will continue the jury trial and reschedule trial to begin on September 8, 2010. A new trial order will be issued modifying the dates.

It is therefore

ORDERED that Defendants' Motion to Continue Trial (Docket No. 1211) is GRANTED and the Scheduling Order is modified as set forth below.

1

| Event | Current Date | Modified Date |
| --- | --- | --- |
| Plaintiff's Rule 26(a)(3) Pretrial Disclosures | 2/8/10 | 6/28/10 |
| Defendant's Rule 26(a)(3) Pretrial Disclosures | 2/22/10 | 7/12/10 |
| *Daubert* Motions Deadline | 2/26/10 | 7/19/10 |
| Special Attorney Conference | 3/8/10 | 8/2/10 |
| Motion in Limine Deadline | 3/15/10 | 8/2/10, by 5:00 p.m. |
| Responses to Motions in Limine | 3/22/10 | 8/9/10, by 5:00 p.m. |
| Final Pretrial Conference | 3/23/10 | 8/23/10, at 3:00 p.m. |
| Trial Briefs | 3/23/10 | 8/30/10 |
| Jury Trial | 4/6/10 | 9/8/10 |

Any *Daubert* motion shall be subject to the page limitations and other requirements of DUCivR 7-1. Motions in Limine will be governed by the Court's Trial Order.

DATED   February 23, 2010.

BY THE COURT:

_____
TED STEWART
United States District Judge