Raymond P. Niro
Paul K. Vickrey
Patrick F. Solon
Vasilios D. Dossas
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
(312) 236-0733

Gregory D. Phillips (4645)
Kevin A. Howard (4343)
HOWARD, PHILLIPS & ANDERSEN
560 East 200 South, Suite 300
Salt Lake City, Utah 84102
(801) 366-7471

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| PHILLIP M. ADAMS & ASSOCIATES, L.L.C., a Utah Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>SONY ELECTRONICS INC., WINBOND ELECTRONICS CORP., ASUSTEK COMPUTER, INC., ASUS COMPUTER INTERNATIONAL, MICRO-STAR INTERNATIONAL CORPORATION, LTD., MSI COMPUTER CORPORATION and MPC COMPUTERS, LLC,<br><br>Defendants. | **ADAMS' MOTION FOR DEFAULT JUDGMENT AGAINST ITE**<br><br><br>Civil No. 1:05-CV-64 TS<br><br><br>The Honorable Ted Stewart<br>Magistrate Judge David Nuffer |
| And Related Third-Party Claims. | |

Phillip M. Adams & Associates ("Adams") respectfully moves this Court, pursuant to Fed.R.Civ.P. 55(b), for entry of default judgment against third-party defendant ITE Tech., Inc. ("ITE"). ITE has failed to answer Adams' amended cross-complaint against ITE, and ITE has failed to otherwise plead. Accordingly, the Clerk of this Court has entered default against ITE, allowing Adams to file the present motion.

This Motion for Default Judgment is supported by the Memorandum in Support, the Declaration of damages expert Joseph Gemini, and the Declaration of Dr. Phillip M. Adams filed concurrently herewith. The detailed Declarations of Joseph Gemini and Dr. Phillip M. Adams obviate the need for any hearing, and firmly establish the compensatory damages and injunctive relief that Adams seeks.

Thus, for the reasons outlined in the memorandum supporting this motion and in the declarations of Dr. Phillip M. Adams and Joseph Gemini, Adams respectfully requests that the Court enter a default judgment as to third-party defendant ITE in the amount of $244.9 million ($244,900,000.00). Adams further requests that the Court issue a permanent injunction precluding ITE from selling its ITE chips, including IT8661, IT8671, IT8700, IT8702, IT8703, IT8705, IT8707, IT8708, IT8710, IT8711, IT8712, IT8716, IT8718, IT8720, IT8781, IT8782, IT8783, and any other ITE device containing an I/O controller, including ITE chips containing an FDC, into the United States. Should the Court deem it necessary, Adams will appear for a hearing on any of the issues set forth above. Adams has served all the documents associated with this motion to Mr. Liu at ITE's headquarters by Federal Express.

Adams also files herewith a Proposed Default Judgment for consideration and entry by the Court.

DATED: April 9, 2010.

          HOWARD, PHILLIPS & ANDERSEN

          /s/ Gregory D. Phillips
          By: Gregory D. Phillips
          Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing **ADAMS' MOTION FOR DEFAULT JUDGMENT AGAINST ITE** was electronically filed with the Clerk of the Court using CM/ECF system, which will send notification by electronic mail to the following on April 9, 2010, with the exception of Federal Express delivery to ITE Tech., which counsel for Adams has sent to ITE Tech on April 9, 2010:

| | |
|---|---|
| Michael S. Dowler<br>Howrey LLP<br>1111 Louisiana – 25th Floor<br>Houston, Texas 77002-5242<br>Tel:  (713) 787-1400<br>dowlerm@howrey.com<br>Jackson@howrey.com | Diana J. Huntsman<br>Huntsman, Lofgran & Associates<br>3995 South 700 East, Suite 400<br>Salt Lake City, Utah 84107<br>Tel:  (801) 747-0822 |
| **Attorneys for MPC Computers, LLC** ||
| Kevin P. B. Johnson<br>Todd M. Briggs<br>Michael William Gray<br>Jordan Jaffe<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California  94065<br>Tel:  (650) 801-5000<br>kevinjohnson@quinnemanuel.com<br>toddbriggs@quinnemanuel.com<br>michaelgray@quinnemanuel.com<br>jordanjaffe@quinnemanuel.com<br><br>Jennifer A. Kash<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA  94111<br>(415) 875-6600<br>jenniferkash@quinnemanuel.com | Rick B. Hoggard<br>Arthur B. Berger<br>Ray Quinney & Nebeker P.C.<br>36 South State Street, Suite 1400<br>P.O. Box 45385<br>Salt Lake City, Utah 84145-0385<br>(801) 532-1500<br>rhoggard@rqn.com<br>aberger@rqn.com<br><br>Alan L. Sullivan<br>Betsy Haws<br>Snell & Wilmer<br>Beneficial Tower<br>15 West South Temple, Suite 1200<br>Salt Lake City, UT  84101-1531<br>(801) 257-1900<br>asullivan@swlaw.com<br>bhaws@swlaw.com<br><br>Edward J. DeFranco<br>Tigran Vardanian<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY  10010<br>(212) 849-7000<br>eddefranco@quinnemanuel.com<br>tigranvardanian@quinnemanuel.com |
| **Attorneys for Sony Electronics Inc.** ||

| | |
|---|---|
| J. Mark Gibb<br>R. Stephen Marshall<br>Durham Jones & Pinegar<br>111 E Broadway, Suite 900<br>Salt Lake City, Utah 84111<br>(801)415-3000<br>MGibb@djplaw.com<br>utfedcourt@djplaw.com<br>smarshall@djplaw.com | Todd E. Zenger<br>Dax D. Anderson<br>KIRTON & MCCONKIE<br>60 East South Temple Street<br>Eagle Gate Tower Suite 1800<br>Salt Lake City, Utah 84111<br>(801) 328-3600<br>(801) 321-4893 fax<br>tzenger@kmclaw.com<br>danderson@kmclaw.com |
| **Attorneys for Third-Party Defendant Asutek Computer and Asus Computer International** ||
| E. Robert Yoches<br>Steven Morrissett<br>Gary C. Ma<br>Finnegan Henderson Farabow Garrett & Dunner<br>3300 Hillview Ave<br>Palo Alto, CA 94304<br>Tel: (650) 849-6600<br>Gary.Ma@finnegan.com<br>Robert.yoches@finnegan.com<br>Steven.morrissett@finnegan.com | Christopher B. Snow<br>Jennifer A. James<br>Neil A. Kaplan<br>Clyde Snow Sessions & Swenson<br>One Utah Center 13th Fl<br>201 S Main St<br>Salt Lake City, Utah 84111-2216<br>Tel: (801) 322-2516<br>cbs@clydesnow.com<br>nak@clydesnow.com |
| **Attorney for Third-Party Defendant Winbond Electronics Corporation** ||
| Jenny W. Chen<br>Chen IP Law Group<br>7F, No. 1, Alley 30, Lane 358, Rueiguang Road<br>Neihu District<br>Taipei, Taiwan 114<br>Tel: +886.2.7721.8855<br>Fax: +886.2.7721.8822<br>Jenny.chen@chenIPLaw.com<br><br>Laurence Kao<br>Vinay V. Joshi<br>Eastwind Consultants Company Limited<br>7F, No. 1, Alley 30, Lane 358, Rueiguang Road<br>Neihu District<br>Taipei, Taiwan 114<br>Tel: +886.2.7721.8855<br>Tel: +886.2.7721.8822<br>Laurence.Kao@EastwindConsult.com<br>Vinay.Joshi@EastwindConsult.com | Paul T. Moxley<br>Catherine L. Brabson<br>Parsons Kinghorn Harris<br>111 East Broadway, 11th Floor<br>Salt Lake City, UT 84111<br>ptm@pkhlawyers.com<br>clb@pkhlawyers.com |
| **Attorneys for MSI Computer Corporation and Micro-Star International Corporation, Ltd.** ||
| Lawrence Liu<br>Vice President<br>ITE Tech. Inc.<br>3F, No. 13, Innovation Rd. I,<br>Science-Based Industrial Park<br>Hsin-Chu, Taiwan, ROC<br>**(Via Federal Express)** | |

                                                  /s/ Gregory D. Phillips