IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| PHILLIP M. ADAMS & ASSOCIATES, LLC, a Utah Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>WINBOND ELECTRONICS CORPORATION, ASUS COMPUTER INTERNATIONAL, MICRO-STAR INTERNATIONAL CORP., LTD, AND MSI COMPUTER CORP., et al.,<br><br>Defendants. | MEMORANDUM DECISION AND ORDER GRANTING COUNSEL'S MOTION TO WITHDRAW<br><br><br>Case No. 1:05-CV-64 TS |

Sony Electronic's and third-party Quinn Emanuel Urquhart Oliver & Hedges L.L.P.'s local counsel Alan L. Sullivan and J. Elizabeth Haws of Snell & Wilmer, LLP move to withdraw on the basis that the limited purpose for which they were engaged is resolved. It is therefore

ORDERED that the Motion to Withdraw as Counsel filed by Alan L. Sullivan and J. Elizabeth Haws of Snell & Wilmer, LLP (Docket No. 1496) is GRANTED and said withdrawal does not affect any other counsel's appearance for Sony Electronic Inc.

DATED August 5, 2010.

BY THE COURT:

_____
TED STEWART
United States District Judge