IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| PHILLIP M. ADAMS & ASSOCIATES, LLC, a Utah Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>WINBOND ELECTRONICS CORPORATION, ASUS COMPUTER INTERNATIONAL, MICRO-STAR INTERNATIONAL CORP., LTD, AND MSI COMPUTER CORP., et al.,<br><br>Defendants. | MEMORANDUM DECISION AND ORDER DENYING ASUS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON ITS LACHES DEFENSE<br><br><br><br>Case No. 1:05-CV-64 TS |

ASUS[1] seeks partial summary judgment on its laches defense. MSI[2] joined the Motion without a separate brief. The laches defense related to the availability of pre-filing damages as to the remaining patents-in-suit. The Court finds that there are material issues of fact on the laches defense. It is therefore

---

[1] Asustek Computer and Asus Computer Intl.

[2] MSI Computer Corporation and Micro-Star International Corporation, Ltd.

1

ORDERED that ASUS' Motion for Partial Summary Judgment on its Laches Defense (Docket No. 1019) is DENIED and the Motion is also DENIED as joined by MSI and, therefore, MSI's Motion for Joinder (Docket No. 1062) is MOOT.

DATED August 23, 2010.

BY THE COURT:

_____
TED STEWART
United States District Judge