IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| PHILLIP M. ADAMS & ASSOCIATES, LLC, a Utah Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>WINBOND ELECTRONICS CORPORATION, ASUS COMPUTER INTERNATIONAL, MICRO-STAR INTERNATIONAL CORP., LTD, AND MSI COMPUTER CORP., et al.,<br><br>Defendants. | MEMORANDUM DECISION AND ORDER DENYING WINBOND'S' MOTION FOR PARTIAL SUMMARY JUDGMENT OF NONINFRINGEMENT OF THE '858 PATENT<br><br><br><br>Case No. 1:05-CV-64 TS |

Winbond seeks partial summary judgment of noninfringement on the '858 patent. MSI[1] and ASUS[2] joined the Motion. The Court finds that there are material issues of fact on infringement of the '858 patent. It is therefore

ORDERED that Winbond's Motion for Partial Summary Judgment of

---

[1] MSI Computer Corporation and Micro-Star International Corporation, Ltd.

[2] Asustek Computer and Asus Computer Intl.

1

noninfringement on the '858 patent (Docket No. 1061) is DENIED and the Motion is also DENIED as joined by MSI and ASUS and, therefore, the Motions for Joinder at Docket No. 1072 and 1076 are MOOT.

DATED August 24, 2010.

BY THE COURT:

_____
TED STEWART
United States District Judge