IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| PHILLIP M. ADAMS & ASSOCIATES, LLC, a Utah Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>WINBOND ELECTRONICS CORPORATION, ASUS COMPUTER INTERNATIONAL, MICRO-STAR INTERNATIONAL CORP., LTD, AND MSI COMPUTER CORP., et al.,<br><br>Defendants. | MEMORANDUM DECISION AND ORDER DENYING MSI'S MOTION FOR PARTIAL SUMMARY JUDGMENT DISMISSING INFRINGEMENT-BY-MISAPPROPRIATION CLAIMS AS UNTIMELY<br><br><br><br>Case No. 1:05-CV-64 TS |

MSI[1] moves for partial summary judgment on what it characterizes as Plaintiff's infringement-by-misappropriation claim. The Court finds that the Motion is untimely because it was filed on July 26, 2010, and the deadline for filing dispositive motions was October 16, 2009. It is therefore

---

[1]MSI Computer Corporation and Micro-Star International Corporation, Ltd.

1

ORDERED that MSI's Motion for Partial Summary Judgment Dismissing Adams' Infringement-By-Misappropriation Claims (Docket No. 1421) is DENIED as untimely filed.

DATED August 24, 2010.

BY THE COURT:

_____
TED STEWART
United States District Judge