IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| PHILLIP M. ADAMS & ASSOCIATES, LLC, a Utah Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>WINBOND ELECTRONICS CORPORATION, ASUS COMPUTER INTERNATIONAL, MICRO-STAR INTERNATIONAL CORP., LTD, AND MSI COMPUTER CORP., et al.,<br><br>Defendants. | MEMORANDUM DECISION AND ORDER DENYING ASUS' MOTION FOR PARTIAL SUMMARY JUDGMENT BASED ON PLAINTIFF'S ADMISSIONS AND BASED ON OTHER MANUFACTURER'S CHIPS<br><br><br>Case No. 1:05-CV-64 TS |

ASUS[1] seeks partial summary judgment of noninfringement based on Plaintiff's admissions and based on use of chips made by SMSC , SIS, and "other manufacturers." The Court finds that there are material issues of fact precluding summary judgment. It is therefore

---

[1] Asustek Computer and Asus Computer Intl.

1

ORDERED that ASUS's Motion for Partial Summary Judgment of Noninfringement Based on Plaintiff's Admissions and Based on Use of SMSC, SIS, and "Other Manufacturer's Chips" (Docket No. 1091) is DENIED.

DATED August 24, 2010.

BY THE COURT:

_____
TED STEWART
United States District Judge