IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| PHILLIP M. ADAMS & ASSOCIATES, LLC, a Utah Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>WINBOND ELECTRONICS CORPORATION, ASUS COMPUTER INTERNATIONAL, MICRO-STAR INTERNATIONAL CORP., LTD, AND MSI COMPUTER CORP., et al.,<br><br>Defendants. | MEMORANDUM DECISION AND ORDER DENYING WINBOND'S' MOTION FOR PARTIAL SUMMARY JUDGMENT OF NON INFRINGEMENT OF '002 AND '222 PATENTS<br><br><br>Case No. 1:05-CV-64 TS |

Winbond seeks partial summary judgment of noninfringement on the '002 and '222 patents.[1] MSI[2] and ASUS[3] joined the Motion. The Court finds that there are material issues of fact on the infringement of the '002 and '222 patents  It is therefore

---

[1] The Motion originally included the '767 patent, which has been withdrawn.

[2] MSI Computer Corporation and Micro-Star International Corporation, Ltd.

[3] Asustek Computer and Asus Computer Intl.

1

ORDERED that Winbond's Motion for Partial Summary Judgment of noninfringement on the '002 and '222 patents (Docket No. 1059) is DENIED and the Motion is DENIED as joined by MSI and ASUS and, therefore, the Motions for Joinder at Docket Nos. 1065 and 1079 are MOOT

DATED August 24, 2010,

BY THE COURT:

_____
TED STEWART
United States District Judge