IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| PHILLIP M. ADAMS & ASSOCIATES, LLC, a Utah Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>WINBOND ELECTRONICS CORPORATION, ASUS COMPUTER INTERNATIONAL, MICRO-STAR INTERNATIONAL CORP., LTD, AND MSI COMPUTER CORP., et al.,<br><br>Defendants. | MEMORANDUM DECISION AND ORDER GRANTING MSI'S MOTIONS TO STRIKE PORTIONS OF EXPERT REPORTS<br><br><br><br>Case No. 1:05-CV-64 TS |

While Plaintiff's Motion to Amend to add a misappropriation of trade secret claim against MSI was pending, MSI filed the present two motions seeking to strike Plaintiff's experts' reports to the extent that they opined on a trade secret claim against MSI. Plaintiff's summary response explains that it will not present a trade secret claim if the Motion to Amend is not granted. This Court has recently affirmed the Magistrate Judge's May 26, 2010 denial of Plaintiff's Motion to Amend to add a trade secret claim against

1

MSI.[1]   It is therefore

ORDERED that MSI's Motion to Strike Portions of Expert Report of Joseph Gemini and to Bar his Related Testimony (Docket No. 1106) is GRANTED as to any claim by Plaintiff against MSI for misappropriation of trade secrets.  It is further

ORDERED that MSI's Motion to Strike Portions of Expert Report of Dr. Clifford H. Kraft and to Bar his Related Testimony (Docket No. 1108) is GRANTED as to any claim by Plaintiff against MSI for misappropriation of trade secrets.

DATED August 30, 2010.

BY THE COURT:

_____
TED STEWART
United States District Judge

---

[1] Docket No. \_\_\_.