IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| PHILLIP M. ADAMS & ASSOCIATES, LLC, a Utah Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>WINBOND ELECTRONICS CORPORATION, ASUS COMPUTER INTERNATIONAL, MICRO-STAR INTERNATIONAL CORP., LTD, AND MSI COMPUTER CORP., et al.,<br><br>Defendants. | MEMORANDUM DECISION AND ORDER DENYING MOTIONS FOR JUDGMENT AS A MATTER OF LAW<br><br><br>Case No. 1:05-CV-64 TS |

For the reasons stated from the bench during trial on September 28, 2010, it is

ORDERED that the following Motions are DENIED:

- Winbond's Motion for Judgment as a Matter of Law in Favor of Winbond of No Infringement of Claims 1, 11, and 15 of '002 patent and Claims 1 and 12 of the '222 patent (Docket No. 1752);

- ASUS' Motion for Judgment as a Matter of Law of no infringement of claims 1, 11, and 15 '002 and claims 1 and 12 of '222 (Docket No. 1763);

- ASUS' motion for Judgment as a Matter of Law on all causes of action against

1

ASUS (Docket No. 1765);

- MSI's Motion for Judgment as a Matter of Law (Docket No. 1767);

- Winbond's Motion for Judgment as a Matter of Law in Favor of Winbond of No Infringement of the Patents-in-Suit, No Willful Infringement, and No Damages (Docket No. 1768);

- Plaintiff's Motion for Judgment as a Matter of Law in favor of Adams and against all Defendants with respect to the Defendants claims that any or all of the Adams patents in suit are invalid based on anticipation or for failure to satisfy the best mode (Docket No. 1776).

DATED September 29, 2010.

BY THE COURT:

_____
TED STEWART
United States District Judge