IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| PHILLIP M. ADAMS & ASSOCIATES, LLC, a Utah Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>WINBOND ELECTRONICS CORPORATION, ASUS COMPUTER INTERNATIONAL, MICRO-STAR INTERNATIONAL CORP., LTD, AND MSI COMPUTER CORP., et al.,<br><br>Defendants. | AMENDED MEMORANDUM DECISION AND ORDER DENYING PLAINTIFF'S MOTION FOR JUDGMENT AS A MATTER OF LAW ON PATENT INVALIDITY BASED ON FAILURE TO SATISFY WRITTEN DESCRIPTION<br><br>Case No. 1:05-CV-64 TS |

Plaintiff moved for judgment as a matter of law on Defendants' claims for patent invalidity for the failure to satisfy the written description requirement. Defendants' response clarified that Defendants "assert that only claim 13 of the '222 patent lacks a written description under 35 U.S.C. section 112."[1] For the reasons stated from the bench during trial on September 28, 2010, it is

---

[1] Docket No. 1779 at 1 n.2.

ORDERED that Plaintiff's Motion for Judgment as a Matter of Law in favor of Adams and against all Defendants on failure to satisfy written description (Docket No. 1774) is DENIED.

DATED September 29, 2010.

BY THE COURT:

_____
TED STEWART
United States District Judge